Tammy Hussin (Bar No. 155290)
Lemberg & Associates LLC
6404 Merlin Dr., Suite #100
Carlsbad, CA 92011
Telephone (855) 301-2100 ext. 5514
thussin@lemberglaw.com

Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
James Manley

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| James Manley,<br><br>Plaintiff,<br><br>vs.<br><br>Hunt & Henriques; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 5:12-cv-01724-FMO-SP<br><br>**STIPULATION OF DISMISSAL** |

**STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to FRCP 41(a)(1)(ii), hereby stipulate that the above-captioned action is hereby dismissed with prejudice, each side to bear its own fees and costs.

Plaintiff

_/s/ Tammy Hussin________

TAMMY HUSSIN
Attorney for Plaintiff

Defendant

_/s/ Jeffrey Topor________

JEFFREY TOPOR
Attorney for Defendant