JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| James Manley,<br><br>       Plaintiff,<br><br>   vs.<br><br>Hunt & Henriques; and DOES 1-10, inclusive,<br><br>       Defendants. | Case No.: 5:12-cv-01724-FMO-SPx<br><br>**ORDER** |

Based on the Stipulation of counsel, the case is dismissed with prejudice, each party to bear its own attorney fees and costs.

Date: June 4. 2013                         _____/s/_____

                                           Judge: Hon. Fernando M. Olguin